IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENNETH C. TAYLOR, JR.                                             PLAINTIFF

V.                                             NO. 4:08CV036-A-S

A.W. BURNS, et al.                                             DEFENDANT

FINAL JUDGMENT

In accordance with the opinion issued this day, it is ORDERED

1)      Defendants' motion for summary judgment (docket entry 53) is GRANTED;

2)      Plaintiff's complaint is DISMISSED for failure to exhaust administrative remedies;

3)      all other motions not previous considered are DENIED as moot; and

4)      this case is CLOSED.

IT IS SO ORDERED.

THIS the 29th day of May, 2009.

                                                             **/s/ Sharion Aycock**
                                                             **UNITED STATES DISTRICT JUDGE**